# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0079. CHARLIE DANIEL KIRBY v. AMANDA KATHLEEN FINLEY.**

Charlie Daniel Kirby has filed this emergency motion for an extension of time to file his application for discretionary review pursuant to Court of Appeals Rules 16 (c) and 40 (b). Kirby's motion having been filed in accordance with this Court's rules, we hereby GRANT Kirby a 30-day extension of time in which to file his application for discretionary review.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/08/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*